INC., et al., Respondents.— [In each action] Order of substitution of attorneys entered.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT F. ECKERT v. WALTER H. WILKINS, as Warden of Attica Prison. (George B. Harris, Jr., for William E. McDermott; order entered June 4, 1962.)

■ (A) CHARLES G. BARTHOLOMEW, Respondent, v. BURTON SACKS et al., Appellants. (B) NICHOLAS E. COLELLA, Doing Business as COLELLA AUTO SALES, Respondent, v. JOHN J. SAK, Appellant. (C) HAROLD CROWELL et al., Respondents, v. STATE OF NEW YORK, Appellant. (D) ORRIN GRANT, an Infant, Appellant, v. HELEN L. DAVIES, Respondent. RICHARD GRANT, Appellant, v. HELEN L. DAVIES, Respondent. (E) FRANKLIN E. HILL, Appellant, v. CARLEY STYERS, Respondent. (F) NEELY MCDONALD, Appellant, v. ANNABELLE MITCHELL, Respondent. (G) MERTON MELVIN, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORP., Respondent. (H) In the Matter of FRANCIS J. O'CONNOR, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (I) HARRY S. ROHLOFF et al., Respondents, v. STANLEY LOMBARDO et al., Appellants. (J) THE PEOPLE OF THE STATE OF NEW YORK v. MARY E. ASHLEY. (K) THE PEOPLE OF THE STATE OF NEW YORK v. LYNN CARTER, Also Known as JANIE DICKSON. (L) THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC HARRIS. (M) THE PEOPLE OF THE STATE OF NEW YORK v. DAVID CYRIL READ. (N) THE PEOPLE OF THE STATE OF NEW YORK v. GERALD J. WAGNER. (O) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK H. WEBSTER, Respondent.— [In each action] Motion granted and appeal dismissed.

■ In the Matter of NEAL J. SHEEHAN, Petitioner, v. ROBERT A. GLASSER et al., Constituting the Harness Racing Commission of the State of New York, Respondents.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT R. GREIL, Appellant.— Motion to dismiss appeal denied and time for argument of appeal enlarged to include September 1962 Term.